Case 1:20-cr-20088-UU   Document 3   Entered on FLSD Docket 02/14/2020   Page 1 of 6

FILED BY _____ D.C.

FEB 14 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **20-20088-CR-UNGARO/O'SULLIVAN**

**18 U.S.C. § 1029(a)(3)**
**18 U.S.C. § 1029(a)(4)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 1029(c)(1)(C)**
**18 U.S.C. § 982(a)(2)(B)**

**UNITED STATES OF AMERICA**

vs.

**ALEJANDRO MAUJO,**

    **Defendant.**

_____ /

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about February 1, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALEJANDRO MAUJO,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers, dates of birth, driver license numbers, and credit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 2-4
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about February 1, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALEJANDRO MAUJO,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers, dates of birth, driver license numbers, and credit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| COUNT | MEANS OF IDENTIFICATION |
|---|---|
| 2 | Name, date of birth, driver's license number, and social security number of "J.P.F." |
| 3 | Name, date of birth, driver's license number, and social security number of "E.R.S." |
| 4 | Name, date of birth, and social security number of "M.E.W." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

2

## COUNT 5
### Possession of Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about February 1, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALEJANDRO MAUJO,**

did knowingly, and with intent to defraud, have custody and control of, and possess device-making equipment, that is, one (1) MSR605 encoding device, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

### FORFEITURE ALLEGATION
### 18 U.S.C. § 982(a)(2)(B)
### 18 U.S.C. § 1029(c)(1)(C)

1. The allegations in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALEJANDRO MAUJO,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States of America: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEJANDRO MAUJO,
_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        ✓
   - II   6 to 10 days       ___
   - III  11 to 20 days      ___
   - IV   21 to 60 days      ___
   - V    61 days and over   ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No ✓

_____
YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY
Special Florida Bar No. A5502330

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Alejandro Maujo

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

18 U.S.C. § 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 2-4

Aggravated Identify Theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other term of imprisonment)

Count #: 5

Possession of Device-Making Equipment

18 U.S.C. § 1029(a)(4)

**\*Max. Penalty:** 15 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**